# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 129

*October Term, A.D. 2021*

**November 24, 2021**

JERMAIN LASHAWN WRIGHT,

**Appellant**
**(Defendant),**

**v.**                                                            S-21-0162

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional "no contest" plea to strangulation of a household member.  Wyo. Stat. Ann. § 6-2-509(a)(i).  The district court imposed a three to four-year sentence, which was suspended in favor of three years of probation.  Appellant filed this appeal to challenge the district court's May 5, 2021 Judgment and Sentence.

[¶2]    On September 24, 2021, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision" on this appeal.  This Court notes Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Jermain Lashawn Wright, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Laramie County District Court's May 5, 2021 Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 24th day of November, 2021.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**